FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENAY D.,[1] <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK, Acting Commissioner of Social Security,[2] <br><br> Defendant. | No.    1:24-cv-03176-EFS <br><br> **ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

[2] Leland Dudek became the Acting Commissioner of Social Security on February 17, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, and section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), he is hereby substituted as the defendant.

ORDER - 1

1.   The parties' Stipulated Motion for Remand, **ECF No. 12**, is

**GRANTED.**

2.   This matter is **REVERSED** and **REMANDED** to the Commissioner

of Social Security for further administrative proceedings pursuant to

sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council

is to instruct the ALJ to: offer Plaintiff the opportunity for a hearing;

proceed through the sequential disability evaluation process,

including reevaluating whether Plaintiff can perform jobs that exist

in significant numbers in the national economy if necessary; and

issue a new decision.

3.   The Clerk's Office shall **TERM** the hearing and Plaintiff's brief, **ECF**

**No. 8**, enter **JUDGMENT** in favor of Plaintiff, and **CLOSE** the case.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order

and provide copies to all counsel.

**DATED** this 25th   day of March 2025.

EDWARD F. SHEA
Senior United States District Judge